UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ANDERSON,

        Plaintiff,

– against –

THE CITY OF MOUNT VERNON, *and*
POLICE OFFICER SEAN BLUTE, *Individually and In His Official Capacity as a City of Mount Vernon Police Officer*,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: April 1, 2020

**ORDER**

09 Civ. 7082 (ER)

Ramos, D.J.:

The above-captioned was filed on August 11, 2009. Doc. 1. On June 4, 2018, the parties attended a mediator session at the White Plains Courthouse. The parties have not taken any action in the case since then. Accordingly, the parties are directed to provide the Court with a joint status report **no later than April 15, 2020.** Failure to comply with this Order may result in sanctions including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

It is SO ORDERED.

Dated: April 2, 2020
      New York, New York

                                  Edgardo Ramos, U.S.D.J.