UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ANDERSON,

               Plaintiff,

– against –

THE CITY OF MOUNT VERNON, and
POLICE OFFICER SEAN BLUTE,
Individually and in his Official Capacity as a City of Mount Vernon Police Officer,

               Defendants.

**ORDER**

09 Civ. 7082 (ER)

RAMOS, D.J.:

      Plaintiff Michael Anderson filed an amended civil rights complaint against the City of Mt. Vernon and Police Officer Sean Blute on December 16, 2011 alleging violation of 42 U.S.C. §§ 1983, 1988, the Fourth and Fourteenth Amendments, and various state law claims.  Doc. 20.  Following a pretrial conference on May 6, 2020, the parties were referred to Magistrate Judge Paul E. Davison for a settlement conference.  Doc. 90.  At the settlement conference held on May 29, 2020 before Magistrate Judge Davison, the parties did not settle.

      Accordingly, the parties are directed to appear telephonically before this Court on June 26, 2020 at 11 AM.  The parties shall use the following conference call information:  (877) 411-9748; Access Code: 3029857.

It is SO ORDERED.

Dated:   June 1, 2020
            New York, New York

                                                   EDGARDO RAMOS, U.S.D.J.