UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ANDERSON,

                Plaintiff,

– *against* –

THE CITY OF MOUNT VERNON, and
POLICE OFFICER SEAN BLUTE,
Individually and in his Official Capacity as
a City of Mount Vernon police officer,

                Defendants.

**ORDER**

09 Civ. 7082 (ER)

RAMOS, D.J.:

    The Court having been advised that the parties have reached a settlement in principle at the June 26, 2020 conference, it is ORDERED that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof.

    **Any application to reopen must be filed within thirty (30) days of this Order**; any application to reopen filed thereafter may be denied solely on that basis. Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next thirty (30) days with a request that the agreement be "so ordered" by the Court.

It is SO ORDERED.

Dated:   June 26, 2020
            New York, New York

                                            EDGARDO RAMOS, U.S.D.J.